# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand and sixteen.

Before:     Ralph K. Winter,
                   *Circuit Judge*.

United States of America,

    Appellee-Cross-Appellant,

v.

HSBC Bank USA, N.A., HSBC Holdings plc,

    Defendants – Appellants-Cross-Appellees,

Hubert Dean Moore, Jr.,

    Appellee.

**ORDER**

Docket Nos. 16-308(L)
                16-353(Con)
                16-1068(Con)
                16-1094(Con)

    Appellants move for an extension of time until July 21, 2016 to file their principal brief and the joint appendix. The Government separately moves for an order setting a filing date of July 21, 2016 for its principal brief and requests that the Court amend the caption to reflect that the United States is an appellant in this matter.

    IT IS HEREBY ORDERED that both motions are GRANTED. The Clerk's Office is directed to amend the caption to reflect that the United States is an appellant in this matter.

                                                        For the Court**:**

                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

